Court Stamp Here

# RETURN OF SERVICE

Notice: This document contains sensitive data

| | |
|---|---|
| Court<br>**District Court**<br>**Clerk of the District Court of Dallas County, Texas**<br>**Dallas County, Texas** | |
| Plaintiff<br>**Christopher Laccinole** | Cause #<br>**3:26-cv-01875-D** |
| Defendant(s)<br>**Strategic Funding Group, LLC d/b/a Consolifi** | Came to Hand Date/Time<br>**6/18/2026 8:43 AM** |
| Manner of Service<br>**Personal** | Service Date/Time<br>**6/18/2026 8:52 AM** |
| Documents<br>**SUMMONS; CLASS ACTION COMPLAINT; NOTICE AND ELECTION REGARDING CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; DISCLOSURE OF INTERESTED PARTIES; CIVIL COVER SHEET; EXHIBITS** | Service Fee:<br>**$78.00** |

I am certified under order of the Judicial Branch Certification Commission to serve process, including citations in Texas. I am not a party to or interested in the outcome of this lawsuit. My information: identification number, birth date, address, and certification expiration date appear below. I received and delivered the Specified Documents to Defendant as stated herein. The following information is based on personal knowledge.

On **6/18/2026** at **8:52 AM**: I served **SUMMONS, CLASS ACTION COMPLAINT, NOTICE AND ELECTION REGARDING CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE, DISCLOSURE OF INTERESTED PARTIES, CIVIL COVER SHEET, EXHIBITS** upon **Strategic Funding Group LLC d/b/a Consolifi c/o c/o Delaware Business Filings Incorporated (Registered Agent), REGISTERED AGENT** by delivering **1** true and correct copy(ies) thereof, with **Strategic Funding Group LLC d/b/a Consolifi c/o c/o Delaware Business Filings Incorporated (Registered Agent), REGISTERED AGENT, I delivered the documents to CT Corporation System, Registered Agent. The individual appeared to be a black-haired white female contact 25-35 years of age, 5'-5'4" tall and weighing 160-180 lbs with glasses. Her name was Jacqueline.** at **330 N Brand Blvd Ste 700, Glendale, CA 91203**.

**For photos and details, view this serve's complete EvidenceChain™ at https://www.evidencechain.com/3S1ED6**

My name is: **Zarine Stepanyan** and my date of birth is **03/16/1982**

My address is: **124 N Adams St Apt. 3, Glendale, CA 91206**, USA.

My process server identification # is: **2025132961**. My Certification expires: **6/24/2027**.

Per U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Declaration executed in Los Angeles county, CA.

[signature]
Zarine Stepanyan

06/18/2026
Date Executed

Ref **LaccinolevConsolifi**

**0228339698**

**txefile@abclegal.com**

abclegal **The Weitz Firm, LLC**

Tracking # **0228493050**