# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| CHRISTOPHER LACCINOLE, *on behalf of himself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>STRATEGIC FUNDING GROUP, LLC d/b/a Consolifi,<br><br>Defendant. | Case No.: 3:26-cv-01875-E |

**ORDER**

The Court having read and considered Plaintiff's Motion to Amend the Court's Order to Conduct Class Certification Discovery (Doc. 13) and for good cause shown, the motion is GRANTED. It is ORDERED that the previous Court Order (Doc. 12) is amended to cite the following: This order applies to the claims that Plaintiff has asserted under the Fair Credit Reporting Act, and class discovery is permitted on the FCRA claims.

So ORDERED this 17th day of September, 2026.

REED O'CONNOR
CHIEF UNITED STATES DISTRICT COURT JUDGE